THE STATE OF OHIO, APPELLEE, *v.* ELKINS, APPELLANT.

[Cite as *State v. Elkins* (1995), 74 Ohio St.3d 9.]

(No. 94–2086—Submitted July 26, 1995—Decided October 25, 1995.)

*Ronald Dale Elkins, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.